FILED
U.S. DISTRICT COURT
DISTRICT OF TEXAS
SEP 24 2007
MALAND, CLERK
DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SEP - 4 2007

FILED
CLERK'S OFFICE

# *UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *MDL NO. 1842*

## *IN RE Kugel Mesh Hernia Patch Products Liability Litigation*

## *(SEE ATTACHED SCHEDULE)*

## *CONDITIONAL TRANSFER ORDER (CTO-4)*

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d.___ (J.P.M.L. 2007). Since that time, 55 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

SEP 20 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-4 - TAG-ALONG ACTIONS
## DOCKET NO. 1842
## IN RE Kugel Mesh Hernia Patch Products Liability Litigation

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| CONNECTICUT | | | |
| ~~CT~~ | ~~3~~ | ~~07-1245~~ | ~~Melissa O. Rivers v. C.R. Bard, Inc., et al.~~ Opposed 9/17/07 |
| KANSAS | | | |
| KS | 6 | 07-1248 | Harry Barsamian v. Davol, Inc., et al. |
| LOUISIANA WESTERN | | | |
| LAW | 3 | 07-1289 | Judith D. Collins, et al. v. Davol, Inc., et al. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 07-574 | Thomas Duy, et al. v. Davol, Inc., et al. |
| MOW | 4 | 07-575 | Wallis Kane v. Davol, Inc., et al. |
| MOW | 4 | 07-576 | Glen Van Hoose, et al. v. Davol, Inc., et al. |
| MOW | 4 | 07-577 | Connie Rorvig v. Davol, Inc., et al. |
| MOW | 4 | 07-604 | Nancy Skillman v. Davol, Inc., et al. |
| MOW | 6 | 07-3261 | John Whitfield v. Davol, Inc., et al. |
| MISSISSIPPI NORTHERN | | | |
| MSN | 1 | 07-211 | Robert Scott v. Davol, Inc., et al. |
| SOUTH CAROLINA | | | |
| SC | 3 | 07-2774 | Mia Vanboenschoten v. Davol, Inc., et al. |
| TEXAS EASTERN | | | |
| TXE | 4 | 07-394 | Judith Ohlinger v. Davol, Inc., et al. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-2630 | Margurite L. Adams v. Davol, Inc., et al. |
| TXS | 4 | 07-2631 | Susan E. Kasem v. Davol, Inc., et al. |
| TXS | 4 | 07-2633 | Christopher B. Brown v. Davol, Inc., et al. |
| TXS | 4 | 07-2634 | Roselin J. Castro v. Davol, Inc., et al. |
| TXS | 4 | 07-2635 | Donna Gay Edens v. Davol, Inc., et al. |
| TXS | 4 | 07-2637 | Barbara A. Johnson v. Davol, Inc., et al. |
| TXS | 4 | 07-2638 | Dwight Donald Whetro v. Davol, Inc., et al. |
| TXS | 4 | 07-2766 | Donnie Nunley v. Davol, Inc., et al. |
| TXS | 4 | 07-2767 | Allen D. Townsend v. Davol, Inc., et al. |
| TEXAS WESTERN | | | |
| TXW | 1 | 07-650 | Richard Reyna v. Davol, Inc. |

# INVOLVED COUNSEL LIST (CTO-4)
## MDL NO. 1842
## IN RE Kugel Mesh Hernia Patch Products Liability Litigation

David Willis Alexander
1989 Kingston Cove
League City, TX 77573

Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005

Travis M. Holley
P.O. Drawer 590
Bastrop, LA 71220

James B. Irwin V
Irwin Fritchie Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

Jonathan J. Kelson
Diserio Martin O'Connor & Castiglioni, LLP
One Atlantic Street
Stamford, CT 06901

Jeffrey M. Kuntz
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Michael Ray Lipscomb
Law Offices of Michael Lipscomb
1321 Central Avenue, Suite A-2
Hot Springs, AR 71901

Michael P. Mallia
Vickery, Waldner & Mallia, LLP
One Riverway, Suite 1150
Houston, TX 77056

D. Mitchell McFarland
Harrison, Bettis, Staff, McFarland & Weems
500 Dallas Street, Suite 2600
Houston, TX 77002

Deborah B. McIlhenny
Hutton & Hutton
P.O. Box 638
8100 East 22nd Street
North Building. 1200
Wichita, KS 67201

Gary Walton Popwell, Jr.
Lee, Eadon, Isgett & Popwell
1314 Lincoln Street
P.O. Box 1505
Columbia, SC 29202

Derek H. Potts
Potts Law Firm, LLC
715 May Street
Suite 100
Kansas City, MO 64105

William Monroe Quin, II
Langston Law Firm, P.A.
P.O. Box 787
Booneville, MS 38829-0787

Michael J. Quinn
Polito & Quinn, LLC
567 Vauxhall Street Ext.
Suite 230
Waterford, CT 06385

Daniel Bowman White
Gallivan, White & Boyd, P.A.
P.O. Box 10589
Greenville, SC 29603

David S. Williams
Brown Jacobson
22 Courthouse Square
P.O. Box 391
Norwich, CT 06360

# INVOLVED JUDGES LIST (CTO-4)
# MDL NO. 1842
# IN RE Kugel Mesh Hernia Patch Products Liability Litigation

~~Hon. Janet Bond Arterton~~
~~U.S. District Judge~~
~~118 Richard C. Lee U.S. Courthouse~~
~~141 Church Street~~
~~New Haven, CT 06510~~

Hon. Monti L. Belot
U.S. District Judge
111 U.S. Courthouse
401 North Market Street
Wichita, KS 67202

Hon. Robert G. James
U.S. District Judge
U.S. District Court
P.O. Drawer 3107
Monroe, LA 71201-3107

Hon. Gary A. Fenner
U.S. District Judge
8452 Charles E. Whittaker U.S. Courthouse
400 East 9th Street
Kansas City, MO 64106

Hon. Howard F. Sachs
Senior U.S. District Judge
Charles E. Whittaker U.S. Courthouse
7th Floor
400 E. 9th Street
Kansas City, MO 64106

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street, 8th Floor
Kansas City, MO 64106

Hon. Richard E. Dorr
U.S. District Judge
United States District Court
222 North John Q. Hammons Parkway
Suite 3100
Springfield, MO 65806

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Joseph F. Anderson, Jr.
Chief Judge
United States District Court
Matthew J. Perry Jr. United States Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

Hon. Richard A. Schell
U.S. District Judge
U.S. Courthouse Annex, Level Mezzanine
200 North Travis Street
Sherman, TX 75090

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sam Sparks
U.S. District Judge
100 U.S. Courthouse
200 West Eighth Street
Austin, TX 78701

**INVOLVED CLERKS LIST (CTO-4)**
**MDL NO. 1842**
**IN RE Kugel Mesh Hernia Patch Products Liability Litigation**

~~Kevin F. Rowe, Clerk~~
~~Richard C. Lee U.S. Courthouse~~
~~141 Church Street~~
~~New Haven, CT 06510~~

Ingrid A. Campbell, Acting Clerk
204 U.S. Courthouse
401 N. Market Street
Wichita, KS 67202

Robert H. Shemwell, Clerk
Post Office Drawer 3087
Monroe, LA 71201-3087

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Patricia L. Brune, Clerk
1400 U.S. Courthouse
222 N. John Q. Hammons Parkway
Springfield, MO 65806

David Crews, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Larry W. Propes, Clerk
Matthew J. Perry, Jr. U.S. Courthouse
901 Richland Street
Columbia, SC 29201-2328

David J. Maland, Clerk
216 Federal Building
101 East Pecan Street
Sherman, TX 75090

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

William G. Putnicki, Clerk
U.S. Courthouse
200 West 8th Street
Austin, TX 78701

# UNITED STATES JUDICIAL PANEL
on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888
http://www.jpml.uscourts.gov

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SEP 24 2007
DAVID J. MALAND, CLERK
BY
DEPUTY ______

September 20, 2007

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Re: MDL No. 1842 -- IN RE: Kugel Mesh Hernia Patch Products Liability Litigation

(See Attached CTO-4)

Dear Mr. DiMarzio:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on September 4, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Morgan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge: Judge Mary M. Lisi
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)