**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| JUDITH OHLINGER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No.: 4:07cv394 |
| | § | |
| DAVAL INC. and C.R. BARD CORPORATION, | § | |
| | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.'S**
**<u>NOTICE OF REMOVAL</u>**

PLEASE TAKE NOTICE THAT, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Davol Inc. (incorrectly identified as "Daval Inc." and hereinafter "Davol") and Defendant C.R. Bard, Inc. (incorrectly identified as "C.R. Bard Corporation" and hereinafter "Bard"), with full reservation of any and all defenses, objections, and exceptions, including but not limited to objections to service, venue, and statute of limitations, hereby remove the above-captioned action from the 393rd Judicial District Court in and for Denton County, Texas, to this Court. In support of removal, Defendants state as follows:

## I. THE PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

1. Plaintiff commenced this action with her Complaint filed in the 393rd Judicial District Court in and for Denton County, Texas, on or about July 24, 2007. Bard was served with the Complaint on August 16, 2007. Davol has not been served, but expressly joins in this Notice of Removal.

2. As required by 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendants (including Plaintiff's Complaint) is attached hereto as Exhibit A.

3. This Notice of Removal is properly directed to this Court pursuant to 28 U.S.C. § 1446(a), as it is the District Court embracing the 393rd Judicial District Court in and for Denton County, Texas, where Plaintiff's Complaint is pending. *See* 28 U.S.C. § 124(c)(3).

4. This Notice of Removal is timely under 28 U.S.C. § 1446(b), as it is being filed within 30 days after the first receipt by Bard, through service, of Plaintiff's Complaint, which sets forth the bases for removal.

5. Pursuant to 28 U.S.C. § 1446(d), Defendants are filing a written notice of this removal with the clerk of the 393rd Judicial District Court in and for Denton County, Texas, where Plaintiff's Complaint is pending. Copies of this Notice of Removal and the written notice of same provided to the state court are also being served upon Plaintiff's counsel in accordance with 28 U.S.C. § 1446(d).

## II. THIS COURT HAS DIVERSITY JURISDICTION

6. As will be shown more fully below, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000, and there is complete diversity of citizenship between Plaintiff and Davol and Bard. Thus, this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

### A. The Amount-In-Controversy Requirement Is Satisfied

7. Although Defendants deny Plaintiff's claims, Defendants believe in good faith that more than $75,000 is in controversy, and therefore the amount-in-controversy requirement of 28 U.S.C. § 1332(a) has been met. In fact, Plaintiff's Complaint explicitly seeks damages "not to exceed One Million Dollars." (Compl. 3.)

**B. The Parties Are Completely Diverse**

8. On information and belief, Plaintiff is a resident and citizen of Texas. (*See* Compl. 1.)

9. Davol is, and has been at all relevant times, a corporation organized under the laws of the State of Delaware with its principal place of business in Rhode Island. Accordingly, Davol is a citizen of those two states. *See* 28 U.S.C. § 1332(c)(1).

10. Bard is, and has been at all relevant times, a corporation organized under the laws of the State of New Jersey, with its principal place of business in New Jersey. Accordingly, Bard is a citizen of those two states. *Id*.

WHEREFORE, Defendant Davol Inc. and Defendant C.R. Bard, Inc. respectfully remove this action from the 393rd Judicial District Court in and for Denton County, Texas, to this Court pursuant to 28 U.S.C. §§ 1332, 1441 and 1446. Should any question arise as to the propriety of this removal, Defendants respectfully request an opportunity to provide briefing and oral argument.

Dated: August 24, 2007

Respectfully submitted,

HARRISON, BETTIS, STAFF, MCFARLAND & WEEMS, L.L.P

/s/ D. Mitchell McFarland

______________________________

D. Mitchell McFarland
Attorney-In-Charge
State Bar No. 13597700
One Allen Center
500 Dallas, Suite 2600
Houston, Texas 77002
Phone: (713) 843-7900
Fax: (713) 843-7901
mitch.mcfarland@harrisonbettis.com

**ATTORNEYS FOR DEFENDANTS DAVOL INC. AND DEFENDANT C.R. BARD, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 24th day of August, 2007, a true and correct copy of the foregoing Notice of Removal was served upon the following counsel of record in the manner indicated below:

Michael R Lipscomb
1321 Central Avenue, Suite A-2
Hot Springs, AR 71901
*(Certified Mail, RRR Requested)*

/s/ D. Mitchell McFarland

BY: ______________________________

D. Mitchell McFarland