# EXHIBIT A

**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
08/16/2007
Log Number 512504480

**TO:** Jean Miller, Assistant Secretary
C. R. Bard, Inc.
730 Central Avenue, 730 Central Avenue
New Providence, NJ, 07974

**RE:** **Process Served in Texas**

**FOR:** C. R. Bard, Inc (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Judith Ohlinger, Pltf. vs. Daval Inc and C.R. Bard Corporation, Dfts.<br>*Name discrepancy noted* |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Original Complaint |
| **COURT/AGENCY:** | 393rd Judicial District Court Denton County, Texas, ., .<br>Case # 200760206393 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - On 8/2005, personal injury damages due to defective hernia patch manufactured by defendant |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 08/16/2007 postmarked on 08/13/2007 |
| **APPEARANCE OR ANSWER DUE:** | By 10:00 a.m. on the Monday following the expiration of 20 days |
| **ATTORNEY(S) / SENDER(S):** | Michael R. Lipscomb<br>Lipscomb & Associates<br>1321 Central Ave.<br>Ste A-2<br>Hot Springs, AR, 71901<br>501-623-0900 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 790807599323<br>Email Notification, Jean Miller JEAN.MILLER@CRBARD.COM |
| **SIGNED:** | C T Corporation System |
| **PER:** | Beatrice Casarez |
| **ADDRESS:** | 350 North St Paul Street<br>Suite 2900<br>Dallas, TX, 75201 |
| **TELEPHONE:** | 214-932-3601 |

RECEIVED
AUG 20 2007
C.R BARD, INC.
LAW DEPT.

Page 1 of 1 / MS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

**Michael R. Lipscomb**
**Attorney at Law**

**1321 Central Ave., Ste A2**
**Hot Springs, AR 71901**
**(501) 623-0900**
**(501) 623-0901 Fax**

**Texas Board Certified**
**Personal Injury**
**Civil Trial Law**

August 13, 2007

C T Corporation System
350 N. St Paul Street
Dallas, TX 75201

Re: Judith Ohlinger vs. Daval Inc. & C.R. Bard Corporation
Denton County Court
Cause No.CV 2007-60206-393

Dear Sir or Madame:

Enclosed please find a copy of the Complaint and Summons in regard to the above referenced matter.

If you have any questions, feel free to contact my office. I appreciate your attention to this matter.

Very truly yours,

Mike Lipscomb

Michael R. Lipscomb

MRL/pls
Enclosures

THE STATE OF TEXAS COUNTY OF DENTON

CIVIL CITATION

**CAUSE NO. 2007-60206-393**

TO: **C R BARD CORPORATION, By Serving Its Agent, C T Corporation System, 350 N St Paul St Dallas Tx 75201** (or wherever he/she may be found)

Notice to defendant: You have been sued. You may employ an attorney. If you, or your attorney, do not file a written answer with the clerk who issued this citation by 10:00A.M.on the first Monday following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

| | |
|---|---|
| COURT: | **393rd Judicial District Court**<br>1450 E. McKinney, 2nd Floor<br>Denton, Texas 76209 |
| CAUSE NO: | **2007-60206-393** |
| DATE OF FILING: | 07/24/07 |
| DOCUMENT: | Complaint |
| PARTIES IN SUIT: | **JUDITH OHLINGER,**<br>**AND**<br>**DAVAL INC, C R BARD CORPORATION,** |
| CLERK: | Sherri Adelstein, District Clerk<br>1450 E. McKinney, 1st Floor, P.O. Box 2146<br>Denton, Texas 76202 |
| PARTY OR: PARTYS': ATTORNEY: | Lipscomb, Michael R.<br>1321 Central Ave Ste A-2<br>Hot Springs AR 71901 |

Issued, under my hand and seal of this said court, this July 24, 2007.

Sherri Adelstein, District Clerk
Denton, Denton County, Texas

BY: ______________________, Deputy
Amanda Gonzalez

**OFFICER'S RETURN**

Came to hand on the _______ day of _______________, 20___, at ______m., and executed on the ______ day of _______________, 20___, at ______ M by delivering to the within named ______________________________________________________ in person a true copy of this citation, with attached copy(ies) of the, Complaint *at ______________________________________________.

Service fees: $________

______________________________Sheriff/Constable
______________________________County, Texas
______________________________
Deputy/Authorized Person

Service I.D. No. ____________

**VERIFICATION**

On this day personally appeared ______________________________ known to me to be the person whose name is subscribed on the foregoing instrument and who has stated: upon penalty of perjury, I attest that the foregoing instrument has been executed by me in this cause pursuant to the Texas Rules of Civil Procedure. I am over the age of eighteen years and I am not a party to or interested in the outcome of this suit, and have been authorized by the Denton County Courts to serve process.

Subscribed and sworn to before me on this the _______ day of ______________________, 20__

______________________________Notary Public

COPY

CAUSE NO. 2007-60206-393

FILED 07 JUL 24 SHERRI ADELSTEIN DISTRICT CLERK DENTON CO. TX BY DEPUTY

COPY

| | | |
|---|---|---|
| **JUDITH OHLINGER**<br>**Plaintiff** | § | **IN THE DISTRICT COURT** |
| vs. | § | **DENTON COUNTY, TEXAS** |
| **DAVAL INC. and**<br>**C.R. BARD CORPORATION**<br>**Defendants** | § | 393 **JUDICIAL DISTRICT** |

**COMPLAINT**

Comes now Plaintiff, JUDITH OHLINGER, and would show as follows:

1. Plaintiff is a resident of Denton County, Texas and Defendant Daval Inc. is a corporation whose registered agent is Rino Jasper 5864 Westheimer Street, Houston, Texas 77057; and Defendant Bard is a corporation whose registered agent is C.T. Corporation System, 350 N. St. Paul Street, Dallas, Texas 75201.

2. On or about August of 2005, Plaintiff had a ventral hernia which was treated at North Texas Hospital.

3. The hernia was repaired using a hernia patch manufactured by Defendant Daval and Defendant Bard.

4. Shortly thereafter Plaintiff began experiencing problems with the area of the repair and developed a significant infection requiring multiple procedures and extensive medical treatment.

5. Plaintiff alleges that the Defendant manufactured a product in a defective condition that made it unreasonably dangerous to consumers.

6. Plaintiff alleges that the Defendants negligently manufactured the mesh patch in such a manner that it could break or fail to open and cause injury and infection.

7. Plaintiff alleges that the Defendant breached its warranties.

8. Plaintiff alleges that the Defendant failed to properly test and inspect the product.

9. As a direct and proximate result of the acts and omissions of the Defendants Plaintiff suffered severe injury and including, but not limited to:

   a. Medical expenses past and future;

   b. Mental anguish past and future;

   c. Pain and suffering past and future;

   d. Extended disability; and

   e. Loss of enjoyment of life.

WHEREFORE premises considered Plaintiff prays:

a. The service issue and be served on the Defendants;

b. That Plaintiff have a jury to try this cause;

c. Plaintiffs be awarded damages not to exceed One Million Dollars;

d. For other further and just relief together with costs of court.

Respectfully Submitted,

LIPSCOMB & ASSOCIATES

Michael R. Lipscomb
Texas Bar No. 2005009
1321 Central Avenue, Ste. A-2
Hot Springs, AR 71901
Ph. (501) 623-0900
Fax (501) 623-0901

**Michael R. Lipscomb**
1321 Central Ave., Suite A-2
Hot Springs, AR 71901

CERTIFIED MAIL

7005 1160 0003 0837 3822

C T Corporation System
350 N. St Paul Street
Dallas, TX 75201

75201$4284 C005