CLOSED, JURY, STAGE2

# U.S. District Court [LIVE]
# Eastern District of TEXAS LIVE (Sherman)
# CIVIL DOCKET FOR CASE #: 4:07-cv-00394-RAS

Ohlinger v. Davol, Inc. et al
Assigned to: Judge Richard A. Schell
Cause: 28:1446 Notice of Removal

Date Filed: 08/24/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Judith Ohlinger** represented by **Michael Ray Lipscomb**
Lipscomb & Associates
1321 Central Avenue
Suite A2
Hot Springs, AR 71901
US
501/623-0900
Fax: 501/623-0901
Email: lipscomblawoffice@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis Staff McFarland & Weems
500 Dallas St
Suite 2600
Houston, TX 77002
713/655-7511
Fax: 17136557526
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/24/2007 | 1 | NOTICE OF REMOVAL by all defendants from 393rd Judicial District Court of Denton County, Texas, case number 2007-60206-393. (Filing fee $ 350 receipt number 1240820), filed by all defendants. (Attachments: # 1 Exhibit A)(McFarland, D) Additional attachment(s) added on 8/27/2007 (kls, ). Additional attachment(s) added on 9/10/2007 (kls, ). (Entered: 08/24/2007) |
| 08/27/2007 | 2 | NOTICE of Case Assignment to Judge Richard A. Schell. (Attachments: # 1 Magistrate Consent)(kls, ) (Entered: 08/27/2007) |
| 09/11/2007 | 3 | *Defendant C.R. Bard, Inc's* ANSWER to Complaint with Jury Demand *D. Mitchell McFarland* by C.R. Bard, Inc..(McFarland, D) (Entered: 09/11/2007) |
| 09/11/2007 | 4 | CORPORATE DISCLOSURE STATEMENT filed by C.R. Bard, Inc. (McFarland, D) (Entered: 09/11/2007) |
| 09/24/2007 | 5 | CONDITIONAL TRANSFER ORDER - 4. Order transferring case to District of Rhode Island, assigned case number 1842.(kls, ) (Entered: 09/28/2007) |
| 09/28/2007 | | Interdistrict transfer to the District Of Rhode Island, Case number 1842 - 4. (kls, ) (Entered: 09/28/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/15/2007 14:15:43 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:07-cv-00394-RAS |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |